## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | No. 3:07cr137 (SRU) |
| | : | |
| IGNACIO VASQUEZ | : | |

## ORDER

Pursuant to 18 U.S.C. § 4241(b) and in preparation for a hearing pursuant to 18 U.S.C. § 4241(c), the court ORDERS that the defendant is hereby committed to the custody of the Attorney General, for a period up to 30 days, for an examination at a suitable Bureau of Prisons facility. The examination shall include a review of all available psychiatric, psychological, medical and other pertinent records of Mr. Vasquez, which records shall be made available to the Bureau of Prisons through the United States Probation Office.

The examination shall be conducted by licensed or certified psychiatrists or psychologists in the employ of the Bureau of Prisons, who are hereby designated to conduct the examination. The examination shall address the following questions:

1. Is the defendant presently suffering from a mental disease or defect that renders him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense?

2. If so, is there a substantial probability that in the foreseeable future he will attain the capacity to permit the trial to proceed?

3. Will hospitalization or other treatment materially affect the likelihood that the defendant will attain the capacity to permit the trial to proceed?

Following the examination, the examiner shall prepare and submit a report, with the required copies for counsel, in compliance with 18 U.S.C. § 4247(c).

It is so ordered.

Dated at Bridgeport, Connecticut, this 10th day of September 2007.

                                                /s/ Stefan R. Underhill
                                                Stefan R. Underhill
                                                United States District Judge