# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 3:07cr137 (SRU) |
| | : | |
| IGNACIO VASQUEZ | : | |

## ORDER FOR PSYCHOLOGICAL/PSYCHIATRIC STUDY IN AID OF SENTENCING

WHEREAS, the defendant Ignacio Vasquez has pled guilty to Use of a Telephone to Facilitate a Narcotics Felony in violation of 21 U.S.C. §843(b); and

WHEREAS, the Court has ordered the preparation of a pre-sentence report, per 18 U.S.C. §3552(a), by the United States Probation Office; and

WHEREAS, this court desires more information than is otherwise available in order to determine the mental and emotional condition of the defendant for sentencing purposes, pursuant to 18 U.S.C. §3552(c); and

WHEREAS, this court has found, pursuant to 18 U.S.C. § 3552(b), that the study can be conducted locally; it is hereby

ORDERED, pursuant to 18 U.S.C. §3552(c), that the defendant be examined by Dr. Vladimir Coric, Yale University School of Medicine, Department of Psychiatry, or other qualified professional, which examination shall include a review of any available pertinent records of Mr. Vasquez, said reports to be made available to him through the United States Probation Officer preparing the pre-sentence report on Mr. Vasquez, as well as a report or statement of the offense conduct in the case at bar. It is further

ORDERED, that the examiner shall prepare a report of his findings, conclusions and recommendations for submission to the Court through the United States Probation Office as part of the pre-sentence report. The examination shall address the following questions:

1. Mr. Vasquez's history and present symptoms that might indicate the presence of a mental disease or defect;

2. A description of any psychological tests that have been employed and their results;

3. The examiner's findings; and

4. The examiner's opinions as to the diagnosis, prognosis and any recommended course of treatment for Mr. Vasquez, particularly focused upon whether Mr. Vasquez is suffering now, or has suffered in the past, from a mental or emotional disease or defect, and how any such disease or defect might have affected his offense conduct in this case, including any diminished mental or emotional capacity, and Mr. Vasquez's prospects for rehabilitation through counseling and treatment.

**IT IS SO ORDERED**.

Dated at Bridgeport, Connecticut, this 12th day of September 2007.

    /s/ Stefan R. Underhill
    Stefan R. Underhill
    United States District Court